UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-108-T-17EAJ

PETER DAVID TENGERDY

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture for the following assets:

a. A Storix compact drive (no serial number);

b. An Apple PowerBook G4 computer, Serial No. QT3350EGN4M;

c. An iMac 24" widescreen computer, Serial No. W88202XGZE4; and

d. A Seagate 100GB external hard drive, Serial No. 3LG0Q61Q.

Being fully advised of the relevant facts, the Court hereby finds that the defendant used or intended to use the assets identified above to receive child pornography to which he pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

CASE NO. 8:14-CR-108-T-17EAJ

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 12th day of MAY, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Megan K. Kistler, AUSA
Counsel of Record