UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-108-T-17JSS

PETER DAVID TENGERDY

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets:

    a.    A Storix compact drive (no serial number);

    b.    An Apple PowerBook G4 computer, Serial No. QT3350EGN4M;

    c.    An iMac 24" widescreen computer, Serial No. W88202XGZE4; and

    d.    A Seagate 100GB external hard drive, Serial No. 3LG0Q61Q.

On May 12, 2015, 2016, the Court entered a Preliminary Order of Forfeiture for the assets described above, pursuant to 18 U.S.C. §§ 2252(a)(2) and (b)(1). Doc. 48.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from May 14, 2015 through June 12, 2015.  Doc. 53.  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk,

CASE NO. 8:14CR-108-T-17JSS

United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.

No third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this _22ND_ day of _APRIL_, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record